BOHM, MATSEN, KEGEL & AGUILERA, LLP
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 384-6500
Facsimile: (714) 384-6501
Email: eaguilera@bmkalaw.com
Email: kmyron@bmkalaw.com

Attorneys for Defendants, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT – SACRAMENTO DIVISION

| | |
|---|---|
| CENTEX HOMES, A Nevada General Partnership, CENTEX REAL ESTATE CORPORATION, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INSURANCE COMPANY, a Connecticut Corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:<br><br>Assigned for all purposes to<br>Hon. _____<br>Dept. _____<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>*Complaint originally filed: 2/22/2011, in Sacramento Superior Court (Case No. 34-2011-00097682)*<br>*1st Amended Complaint filed: 3/16/2011* |

1

NOTICE OF REMOVAL TO FEDERAL COURT

To the Clerk of the United States District Court for the Eastern District of California – Sacramento Division:

PLEASE TAKE NOTICE that Defendants, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and THE TRAVELERS INDEMNITY COMPANY (collectively, "TRAVELERS"), hereby remove to this Court, the State Court action described below.

Defendants hereby give notice that this action is removed to the United States District Court for the Eastern District of California from the Superior Court of the State of California in and for the County of Sacramento.

Pursuant to 28 U.S.C. §1441, Defendants further states as follows:

1.  That Defendants TRAVELERS are named defendants in a civil action filed in the Superior Court for the State of California for the County of Sacramento titled *Centex Homes, et al v The Travelers Insurance Company, et al*. Said case is case no. 34-2011-00097682.

2.  The action was commenced by Plaintiffs CENTEX HOMES and CENTEX REAL ESTATE CORPORATION when Plaintiffs filed a Summons and Complaint in the Superior Court of the State of California, County of Sacramento, bearing case no. 34-2011-00097682 entitled *Centex Homes, et al v The Travelers Insurance Company, et al*. Defendants were served with the Summons and Complaint on or about February 24, 2011.[1] This Notice of Removal is timely, in that it is being filed within 30 days of Defendants' receipt of the Summons and (original) Complaint. Defendants have not filed pleadings in the state court action.

---

[1] The 1st Amended Complaint was filed March 16, 2011 (served on March 17, 2011), adding as a defendant, THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation, and includes additional claims.

3.   The following pleadings of said case are attached hereto and incorporated herein by reference:

  a.   **Exhibit A**: Complaint dated February 22, 2011 for declaratory relief, breach of contract, and breach of the implied covenant of good faith and fair dealing;

  b.   **Exhibit B**: Proof of Service of Summons and Complaint dated February 24, 2011 indicating service of the Summons and Complaint upon Defendant, THE TRAVELERS INSURANCE COMPANY, now known as MetLife Insurance Company of Connecticut;

  c.   **Exhibit C**:  Unlimited Cases Packet;

  d.   **Exhibit D**:  1st Amended Complaint dated March 16, 2011 for declaratory relief, breach of contract, and breach of the implied covenant of good faith and fair dealing;

  e.   **Exhibit E**:  Proof of Service of Summons on 1st Amended Complaint and 1st Amended Complaint dated March 16, 2011 indicating service of the Summons on 1st Amended Complaint and the 1st Amended Complaint upon Defendant, THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation;

  f.   **Exhibit F**:  Unlimited Cases Packet.

4.   The above-mentioned action is a civil action of which this court has jurisdiction under 28 U.S.C. §1332 – diversity jurisdiction.  Plaintiffs allege to be additional insured under certain contracts of insurance issued to Foremost Superior Marble.  Plaintiffs allege that Defendants, collectively, had contractual obligations to defend and indemnify them in the underling actions, *Adkins et al v Centex Homes, et al* (County of Sacramento, case no. 2010-00068675) and *Garvey et al v Centex Homes, et al* (County of Sacramento, case no. 34-2010-00073233) ("Underlying Action").  Plaintiffs herein seek reimbursement from Defendants of settlement costs

and defense fees and costs incurred in connection with Plaintiffs' defense in that action. The amount in controversy exceeds $75,000, as it includes fees and costs incurred and continuing to be incurred by Plaintiffs in connection with its legal fees and costs. [See, e.g., **Exhibit A** at p. 2:2-3, ¶¶ 12, 22, 29, 34, 40(j), and 45; **Exhibit D** at p. 2:4-5. ¶¶ 13, 29, 36, 41, p. 13:14-17, p. 15:4-7, 16:20-23, and 53.]

5.   This is a civil action over which this court has original jurisdiction and the action is removable to this court pursuant to 28 U.S.C. §§1441(a) and 1446.

## STATEMENT OF FACTS

6.   Plaintiff CENTEX HOMES is a licensed Nevada general partnership. [See, **Exhibit A** at ¶ 1.]

7.   Plaintiff CENTEX REAL ESTATE CORPORATION is a Nevada corporation. [See, **Exhibit B** at ¶ 2.]

8.   Defendants herein are Connecticut corporations. [See, **Exhibit A** at ¶¶ 3-5; **Exhibit D** at ¶¶ 3-6.]

9.   At all times relevant to the Underlying Action, Defendants TRAVELERS were the insurers of Foremost Superior Marble, Inc. and American Woodmark dba Timberlake Cabinets [See, **Exhibit A** at ¶¶ 15; **Exhibit D** at ¶¶ 15, 21.]

10.   Foremost Superior Marble, Inc. was hired by Plaintiffs to perform certain installations of marble counter tops at various residences located in Elk Grove, California. [See, **Exhibit A** at ¶¶ 9, 14.]

11.   American Woodmark dba Timberlake Cabinets was hired by Plaintiffs to install cabinets at various residences located in Sacramento, California. [See, **Exhibit D** at ¶¶ 10, 15, 16, 21.]

12.   On or about March 16, 2010, Plaintiffs were sued by Suzanne Adkins and 24 other homeowners under theories of strict products liability, breach of implied

warranties, breach of contract, and negligence, pursuant to which the homeowners alleged various construction defects to their residences. [See, **Exhibit A** at ¶¶ 9-11.]

13.     On or about March 18, 2010, Plaintiffs were sued by Bill Garvey and __ other homeowners under theories of strict products liability, breach of implied warranties, breach of contract, and negligence, pursuant to which the homeowners alleged various construction defects to their residences. [See, **Exhibit D** at ¶¶ 16-18.]

14.     Plaintiffs alleges in this instant action that they are entitled to be defended and indemnified in the Underlying Actions by Defendants and that Defendants refused to defend them, forcing Plaintiffs to incur and to continue to incur "expenses, including attorney fees" "out-of-pocket legal fees and costs", and "general, special, incidental, consequential, and compensatory damages, plus interest". [See, **Exhibit A** at ¶¶ 34, 40:24-26, and Prayer for Relief; **Exhibit D** at ¶¶ 29, 36, 41, and Prayer for Relief.]

WHEREFORE, Defendants pray that the above action now pending in the Sacramento County Superior Court of the State of California, bearing case no. 34-2011-00097682 entitled *Centex Homes, et al v The Travelers Insurance Company, et al* be removed to this court.

Dated: March 17, 2011         BOHM, MATSEN, KEGEL & AGUILERA, LLP

_____
A. Eric Aguilera, Esq.
eaguilera@bmkalaw.com
Kari M. Myron, Esq.
kmyron@bmkalaw.com
Attorneys for Defendants

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

 I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, California 92626. On March 18, 2011, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:    **NOTICE OF REMOVAL TO FEDERAL COURT**

SERVED UPON:    **SEE ATTACHED SERVICE LIST**

[X] (BY MAIL) I verify that each such envelope, with postage thereon fully prepaid, has been or will be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of the Law Offices of Bohm, Matsen, Kegel, & Aguilera LLP, for collection and processing of correspondence and/or documents for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY) I am readily familiar with the practice of the Law Offices of Bohm Matsen, Kegel & Aguilera, LLP, for the collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Overnight Express for overnight delivery.

[ ] (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is available upon request.

[ ] (BY ELECTRONIC MAIL) The above-referenced document was transmitted via electronic service and the transmission was reported as complete and without error. Pursuant to C.R.C. 2.260, I verify that the documents have been electronically transmitted from my registered email address provided by my employer, Bohm, Matsen, Kegel & Aguilera, LLP, and was sent on _____, 2011.

[X] (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on March 18, 2011, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients as listed below on the attached Service List.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on March 18, 2011, at Costa Mesa, California.

*Kat L. Rickard* (signature)
Kat L. Rickard

## SERVICE LIST

United States District Court of California – Eastern District – Sacramento Division
Case No.
Superior Court of California – County of Sacramento
Case No.: 34-2011-0097682

| | |
|---|---|
| Gary Barrera, Esq.<br>Joseph A. Ferrentino. Esq.<br>NEWMEYER & DILLION LLP<br>1277 Treat Boulevard, Suite 600<br>Walnut Creek, CA  94597<br>T:  (925) 988-3200<br>F:  (925) 988-3290<br>Joe.Ferrentino@ndlf.com | Attorneys for Defendant:<br>**CENTEX HOMES, a Nevada General Partnership; CENTEX REAL ESTATE CORPORATION, a Nevada Corporation** |